1 | MELINDA HAAG (CASBN 132612)
United States Attorney

2 |

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | ROBERT K. PRUITT (KYBN 93232)
Special Assistant United States Attorney

5 |

6 | Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA  93944

7 | Telephone: (831) 242-6394
Email: robert.k.pruitt.mil@mail.mil

8 |

9 | Attorneys for Plaintiff

**FILED**

SEP 1 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) CR-11-00134-HRL |
|---|---|
| Plaintiff, | ) MOTION AND [~~PROPOSED~~] ORDER TO DISMISS |
| vs. | ) |
| ROBERT BENJAMIN BARKER JR., | ) |
| Defendant. | ) |

1. The United States moves that all charges in the Information filed on March 15, 2011, against the above named defendant, be dismissed.   The defendant cannot be located for personal service.

2. The United States makes this motion in the interests of Justice.

MELINDA HAAG
United States Attorney


           /S/
ROBERT K. PRUITT
Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER
TO DISMISS CASE NO. CR-11-00134 HRL

1

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: __9/18/2012__

_____
HOWARD R. LLOYD
United States Magistrate Judge